(Reap. Dec. 10749)

CANTON SON, INC. v. UNITED STATES

Entry No. 992359.

(Decided May 6, 1964)

*Siegel, Mandell & Davidson* for the plaintiff.
*John W. Douglas*, Assistant Attorney General, for the defendant.

FORD, Judge: The appeal for reappraisement listed above has been submitted for decision upon the following stipulation for the parties hereto:

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the parties hereto, that the merchandise consisting of hand lanterns and plastic clothes line kits was appraised on the basis of export value, as that value is defined in Section 402(b) of the Tariff Act of 1930, as amended by the Customs Simplification Act of 1956.

IT IS FURTHER STIPULATED AND AGREED that the export value as defined *supra*, is the invoice unit value, net, packed, less $210.55 prorated between the hand lanterns and plastic clothes line kits.

IT IS FURTHER STIPULATED AND AGREED that the Appeal to Reappraisement enumerated above may be submitted on the foregoing stipulation.

Accepting this stipulation as a statement of facts, I find and hold the export value, as that value is defined in section 402(b) of the Tariff Act of 1930, as amended by the Customs Simplification Act of 1956 (Public Law 927, 84th Congress), T.D. 54165, to be the proper basis for the determination of the value of the merchandise here involved and that such export values are the invoice unit values, net, packed, less a 5 per centum buying commission in the amount of 5 per centum of U.S.$4,056 or $202.80 for the hand lanterns and 5 per centum of U.S.$155 for the clothesline kits or $7.75, equaling the sum of U.S.$210.55.

Judgment will be rendered accordingly.